[Nos. 15681-1-I; 15849-0-I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD SMITH, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 84-1-00490-4, Charles V. Johnson, J., entered November 20, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15736-1-I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE MALTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00600-0, Dennis J. Britt, J., entered November 8, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15707-8-I. Division One. December 3, 1985.]

THE CITY OF LAKE FOREST PARK, *Respondent*, v. GAIL ASAVAPHANLERT, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-01409-8, Norman W. Quinn, J., entered October 2, 1984. *Reversed* and *remanded* by unpublished opinion per Scholfield, A.C.J., concurred in by Coleman and Webster, JJ.